PS 8
(3/05)

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF VIRGINIA


FILED
JUN 30 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Dierdra Smith Walker                Docket No. 1:04MJ01148

Petition for Action on Conditions of Pretrial Release        06-113M

COMES NOW Joanne E. Marden, Probation Officer, presenting an official report upon the conduct of defendant Dierdra Smith Walker, who was placed under pretrial release supervision by the Honorable Theresa Carroll Buchanan sitting in the Court at Alexandria, on May 25, 2006, under the following conditions:

1. not depart the Washington, D.C. metropolitan area and Delaware without prior approval of Pretrial Services or the Court;
2. report on a regular basis to Pretrial Services;
3. reside at current residence and not move without prior approval;
4. notify employer of charged offense; and
5. surrender to outstanding warrant.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant failed to surrender to the outstanding warrant as directed.

The defendant failed to obtain approval prior to changing her residence.

The defendant provided false information to the United States Probation Offices in the District of Delaware and the Eastern District of Virginia regarding her employment.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and the defendant show cause as to why her conditions of release should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 30th day of Jun, 2006 and ordered filed and made a part of the records in the above case. | Executed on: June 29, 2006 |
| /s/ Magistrate Judge | U.S. Pretrial Services/Probation Officer |
| | Place: Alexandria |

FILED
SEP 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE