AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Deidra Smith Walker | COMMITMENT TO ANOTHER DISTRICT<br>CASE NUMBER: 06-113M (MPT) |

The defendant is charged with a violation of __18__ U.S.C. __3148__ alleged to have been committed in the __Eastern__ District of __Virginia__.

Brief Description of Charge(s):

Violation of pretrial release

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

__September 27, 2006__   __[signature]__
Date                     Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |