OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

September 29, 2006



United States District Court
Eastern District of Virginia
Attn: Kathryn M. Stasko
401 Courthouse Square
Alexandria, VA 22314

Re: USA v. Walker
Case Number: 06-113M (MPT)
Charging District Case Number: 04mj1148

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___10/2/06___ .
(date)

___Kathryn M. Stasko___
Signature

___Deputy Clerk___
Title